UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CHRISTOPHER STRANGE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>　　　　Defendant. | 4:21-cv-00005-JMS-DML |

## JOINT MOTION TO DISMISS WITH PREJUDICE

　　　　Plaintiff, CHRISTOPHER STRANGE, and Defendant, PIONEER CREDIT RECOVERY, INC., by and through their respective counsel, jointly move this Court to dismiss this cause of action against PIONEER CREDIT RECOVERY, INC., with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: March 16, 2021　　　　　　　　　　　　　Respectfully Submitted,

**CHRISTOPHER STRANGE**　　　　　　　　　　**PIONEER CREDIT RECOVERY, INC.**

/s/ Taxiarchis Hatzidimitriadis　　　　　　　　　　/s/ Bonnie L. Martin (*with consent*)
Taxiarchis Hatzidimitriadis　　　　　　　　　　　Bonnie L. Martin
*Counsel for Plaintiff*　　　　　　　　　　　　　*Counsel for Defendant*
Consumer Law Partners, LLC　　　　　　　　　Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
333 N. Michigan Ave., Suite 1300　　　　　　　111 Monument Circle, Suite 4600
Chicago, Illinois 60601　　　　　　　　　　　　Indianapolis, Indiana 46204
Phone: (267) 422-1000　　　　　　　　　　　　Phone: (317) 916-2118
teddy@consumerlawpartners.com　　　　　　　bonnie.martin@ogletree.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                s/ Taxiarchis Hatzidimitriadis
                                                Taxiarchis Hatzidimitriadis