UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CHRISTOPHER STRANGE,<br><br>   Plaintiff,<br><br>v.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>   Defendant. | 4:21-cv-00005-JMS-DML |

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties, by counsel, having filed with this Court a Joint Motion to Dismiss with Prejudice, and the Court having reviewed the same, now finds that this matter should be dismissed.

IT IS FURTHER ORDERED by this Court that the above cause of action be dismissed, with prejudice, with the Parties bearing their own costs and attorneys' fees [13].

Date: 3/16/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all Counsel of record via CM/ECF